UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OV LOOP, INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED,<br><br>               Defendants. | CIVIL ACTION NO. 1:24-cv-10412-IT |

**ASSENTED-TO MOTION TO WITHDRAW APPEARANCE**

The undersigned attorney hereby moves, with Defendants' assent, to withdraw his appearance as counsel for Plaintiff OV Loop, Inc. in the above-captioned action. In support of this Motion, the undersigned attorney states that his withdrawal is preceded by the appearance of successor local counsel, Glenn A. MacKinlay and Dean A. Elwell of McCarter & English, LLP, who will continue to represent Plaintiff. Counsel for Defendants has assented to the relief requested herein.

                                            Respectfully submitted,

                                            **OV LOOP, INC.**

                                  By:   /s/ Lawrence G. Green
                                              Lawrence G. Green (BBO #209060)
                                              lgreen@mccarter.com
                                              McCarter & English, LLP
                                              265 Franklin Street
                                              Boston, MA 02110

December 31, 2024                      Tel: (617) 449-6500

## LOCAL RULE 7.1 CERTIFICATION

I, Lawrence G. Green, hereby certify that counsel for Plaintiff conferred with counsel for Defendants and attempted in good faith to resolve or narrow the issues raised in this Motion. Counsel for Defendants has assented to the relief requested herein.

## CERTIFICATE OF SERVICE

I, Lawrence G. Green, hereby certify that on this 31st day of December, 2024, I caused the foregoing Assented-To Motion to Withdraw Appearance to be electronically filed via CM/ECF, and all counsel of record will receive electronic notification from CM/ECF.

/s/ Lawrence G. Green
Lawrence G. Green