UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OV LOOP, INC.,<br><br>    Plaintiff,<br><br>        v.<br><br>MASTERCARD INCORPORATED and<br>MASTERCARD INTERNATIONAL<br>INCORPORATED,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*   Civil Action No. 1:24-cv-10412-IT<br>*<br>*<br>*<br>* |

ORDER OF DISMISSAL

May 8, 2025

TALWANI, D.J.

    Pursuant to the court's Memorandum & Order [Doc. No. 100] granting Defendants' Motion to Dismiss [Doc. No. 54], Plaintiff's Amended Complaint for Violations of the Sherman Antitrust Act [Doc. No. 48] is dismissed. This case is CLOSED.

    IT IS SO ORDERED.

                                                                                     /s/ Indira Talwani
                                                                                    United States District Judge